633 S.E.2d 893

**In the Matter of Dean D. PORTER, Petitioner.**

Supreme Court of South Carolina.

July 25, 2006.

---

## ORDER

Respondent was suspended on April 3, 2006, for a period of ninety (90) days. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

/s/ Jean H. Toal, Chief Justice.

/s/ Daniel E. Shearouse
Clerk